1  EILEEN R. RIDLEY, CA Bar No. 151735
      eridley@foley.com
2  MICHAEL A. NARANJO, CA Bar No. 221449
      mnaranjo@foley.com
3  ALAN R. OUELLETTE, CA Bar No. 272745
      aouellette@foley.com
4  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET
5  SUITE 1700
   SAN FRANCISCO, CA 94104-1520
6  TELEPHONE:  415.434.4484
   FACSIMILE:   415.434.4507
7
   Attorneys for the Anthem Defendants[1]
8

9

                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11
                         **SOUTHERN DIVISION**
12

13  DUAL DIAGNOSIS TREATMENT          )  Case No. 8:15-cv-00736-DOC-RNB
    CENTER, INC., a California corporation, )
14  et al.,                              )  **NOTICE OF MOTION AND**
                                         )  **OMNIBUS MOTION TO DISMISS**
15            Plaintiffs,                )  **PLAINTIFFS' FIRST AMENDED**
                                         )  **COMPLAINT**
16        vs.                            )
                                         )  Date:      April 18, 2016
17  BLUE CROSS OF CALIFORNIA, dba        )  Time:      8:30 a.m.
    ANTHEM BLUE CROSS, et al.,           )  Location:  Courtroom 9D
18                                       )
            Defendants.                  )  Judge:     Honorable David O. Carter
19                                       )
                                         )  Complaint Filed: May 8, 2015
20                                       )
                                         )
21  _____ )

22

23

24

25

26

27
   _____
28  [1] Exhibit A, attached hereto, identifies the individual defendants that are referred to
    collectively herein as the "Anthem Defendants."

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 18, 2016, at 8:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 9D of the above-captioned Court, located at 411 West Fourth Street, Santa Ana, California 92701, Defendants[2] will, and hereby do, move this Court for an order dismissing the First Amended Complaint (the "FAC") filed by Plaintiffs Dual Diagnosis Treatment Center, Inc., *et al.* (collectively, "Plaintiffs") in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the following grounds:

1.     With respect to Plaintiffs' First, Second and Third Counts under ERISA, Plaintiffs are not themselves beneficiaries within the meaning of ERISA and do not otherwise possess direct statutory standing to bring claims under ERISA directly. Instead, Plaintiffs' rights under ERISA, if any, are purely derivative of their patients' rights and are limited to those rights that were expressly and knowingly transferred pursuant to a valid assignment.  As a result, Plaintiffs' lack standing to assert their purported claims under ERISA on each of the following independent grounds:

- The form attached as Exhibit A to the FAC (the "Form A Assignment") is nothing more than mere direct-payment authorizations, which does not manifest any intent by Defendants' members to assign, convey, or otherwise transfer to Plaintiffs their legal rights to plan benefits or the ability to bring claims under ERISA.

- Even if construed as an assignment of benefits, as opposed to a mere direct-payment authorization, the Form A Assignment does not encompass the right to assert claims that seek the removal of ERISA plan fiduciaries (Count 2) or for equitable relief under ERISA (Count 3).

- The form attached as Form B to the FAC (the "Form B Assignment") is a

---

[2] Exhibit B, attached hereto, identifies the individual defendants that are referred to collectively herein as "Defendants" for purposes of this Motion and join in the filing of this Motion.

contract of adhesion that is signed as a condition of receiving treatment by individuals that suffer from addiction and mental health issues and, based on the allegations in the FAC, is procedurally and substantively unconscionable and, therefore, unenforceable as a matter of law.

- The Form B Assignment, by its terms, does not extend to claims that seek the removal of ERISA plan fiduciaries (Count 2).

2. Further, even if the Form A and Form B Assignments were determined by the Court to encompass Plaintiffs' claims under ERISA, Plaintiffs' ERISA claims would nevertheless fail as a matter of law for the following reasons:

- As to the many plans at issue that contain anti-assignment provisions,  any purported assignment under those plans is void *ab initio* under well settled case law in the Ninth Circuit and, as a result, the anti-assignment provisions nullify Plaintiffs' purported "assignments" on which Plaintiffs' ERISA claims are predicated.

- Plaintiffs allege that the only action they took to apprise Defendants of their purported "assignments" was to check a box on the claim forms they submitted to some Defendants, which, as a matter of law, does not constitute timely notice of the terms and scope of the purported assignments at issue such that Defendants were obligated to render performance to Plaintiffs directly rather than Defendants' members.

- Plaintiffs failed to apprise Defendants of the terms and scope of the purported "assignments" in instances where the services at issue were billed and/or provided by Medical Concierge, Inc. ("Medlink"), as opposed to any of the named Plaintiffs in the action.

- Plaintiffs admit in their FAC that Defendants paid the applicable benefits to the ERISA plan participants or beneficiaries that received services from Plaintiffs, and Plaintiffs do not plead facts establishing that Defendants were duty-bound to pay Plaintiffs instead.

2

3.      As to Plaintiffs' claim under California Business and Professions Code § 17200, Plaintiffs' Section 17200 claim fails as a matter of law, and should be dismissed with prejudice, on the grounds that it suffers from the same fatal defects as Plaintiffs' ERISA claims.  Because Plaintiffs' claim under Section 17200 is premised on the same alleged "unlawful and unfair business practices" that form the basis of Plaintiffs' claims under ERISA, Plaintiffs' Section 17200 claim fails for the same reasons discussed above. Further, the FAC fails to identify any "borrowed" law or antitrust violation that can serve as a predicate for a Section 17200 claim.  Finally, Plaintiffs' Section 17200 claim seeks the direct payment of plan benefits from Defendants pursuant to alleged assignments of plan benefits executed by Plaintiffs' patients.  Because Plaintiffs' Section 17200 claim indisputably relates to the ERISA-governed benefit plans at issue, Plaintiffs' Section 17200 claim is preempted by ERISA's express preemption provision, 29 U.S.C. § 1144(a).  To the extent that the Court finds that Plaintiffs stated a claim for relief under 29 U.S.C. § 1132(a)(1)(B), Plaintiffs' Section 17200 claim is also completely preempted by ERISA's civil enforcement provision.

4.      To the extent that any of Plaintiffs' claims survive the instant Motion, the Court should strike Plaintiffs' demand for a jury trial.  The Ninth Circuit has held that "in ERISA actions there is no independent constitutional or statutory right to a jury trial." *Nevill v. Shell Oil Co.*, 835 F.2d 209, 213 (9th Cir. 1987).  Similarly, there is no right to a jury trial for Plaintiffs' claim for violations of California Business and Professions Code § 17200 because the only relief afforded under the statute is equitable.  *Hodge v. Sup. Ct.*, 145 Cal.App.4th 278, 284-285 (2006).  Because all of Plaintiffs' purported claims are brought under ERISA and Business and Professions Code § 17200, Plaintiffs' demand for a jury should be stricken from the FAC under Fed. R. Civ. P. 12(f).

Defendants' Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the supporting Addenda to the Omnibus Motion to Dismiss, the Declaration of Gregory Armknecht, the supporting additional declarations submitted by Defendants, the pleadings and records on file in this

3

action, and such additional authority and argument as may be presented at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on January 19, 2016 attended by Plaintiffs' counsel, Peter Stris and Elizabeth Brannen, and Defendants' representative counsel, Eileen R. Ridley, William Von Behren, Brian Boyle and Katherine M. Katchen.

DATED:  January 25, 2015

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Michael A. Naranjo
Alan R. Ouellette

/s/ Eileen R. Ridley
Eileen R. Ridley
Attorneys for Defendants BLUE CROSS OF CALIFORNIA, dba ANTHEM BLUE CROSS, ANTHEM HEALTH PLANS, INC., dba ANTHEM BLUE CROSS AND BLUE SHIELD, ANTHEM HEALTH PLANS OF KENTUCKY, INC., dba ANTHEM BLUE CROSS AND BLUE SHIELD, ANTHEM INSURANCE COMPANIES, INC., dba ANTHEM BLUE CROSS AND BLUE SHIELD, COMMUNITY INSURANCE COMPANY, dba ANTHEM BLUE CROSS AND BLUE SHIELD, EMPIRE HEALTH CHOICE ASSURANCE, INC., dba EMPIRE BLUE CROSS AND BLUE SHIELD, ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., dba ANTHEM BLUE CROSS AND BLUE SHIELD, ANTHEM HEALTH PLANS OF VIRGINIA, INC., BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., BLUE CROSS BLUE SHIELD OF WISCONSIN, erroneously sued as THE ANTHEM COMPANIES, INC., ACWA/JPIA EMPLOYEE BENEFITS PROGRAM, BANK OF THE WEST EMPLOYEE BENEFIT PLAN, BLOOMBERG L.P. HEALTH AND WELFARE PLAN, CNS HEALTH AND WELFARE BENEFITS PLAN,  EINSTEIN NOAH RESTAURANT GROUP, INC. EMPLOYEE BENEFIT PLAN, ERNST & YOUNG MEDICAL PLAN, FERGUSON ENTERPRISES INC. FLEXIBLE BENEFITS

4

PLAN, GENTIVA HEALTH SERVICES
HEALTH & WELFARE PLAN, HOME
DEPOT MEDICAL AND DENTAL PLAN,
erroneously sued as HOME DEPOT
WELFARE BENEFITS PLAN, INTEL
CORPORATION HEALTH AND WELFARE
BENEFIT PLAN, KENTUCKY
CONSTRUCTION INDUSTRY TRUST,
LECROY HEALTH AND DISABILITY
BENEFIT PLAN, LIVE NATION
ENTERTAINMENT, INC. GROUP
BENEFITS PLAN, NORTHROP GRUMMAN
CORPORATION GROUP BENEFITS PLAN,
PEAK FINANCE COMPANY GROUP
HEALTH PLAN, PEPSICO EMPLOYEE
HEALTH CARE PROGRAM, SAGE
SOFTWARE INC. AND CO-SPONSORING
AFFILIATES HEALTH AND WELFARE
PLAN, SALLIE MAE EMPLOYEES
COMPREHENSIVE WELFARE BENEFITS
PLAN, SHEET METAL WORKERS LOCAL
NO. 40 HEALTH FUND, THE AEROSPACE
CORPORATION GROUP HOSPITAL-
MEDICAL PLAN, THE KROGER CO.
HEALTH & WELFARE BENEFIT PLAN,
THE LILLY EMPLOYEE WELFARE PLAN,
THE LINCOLN ELECTRIC COMPANY
WELFARE BENEFITS PLAN, THE STEAK
N SHAKE EMPLOYEE BENEFIT PLAN,
VERIZON NATIONAL PPO WEST, VIASAT
INC. EMPLOYEE BENEFIT PLAN and
XEROX CORPORATION WELFARE PLAN

DATED:  January 25, 2015        **GORDON AND REES LLP**
                                Ronald K. Alberts
                                Hilary E. Feybush
                                Jennifer Marks Ghozland


                                /s/ Ronald K. Alberts
                                Ronald K. Alberts
                                Attorneys for Defendants ALLTECH, INC.
                                BENEFIT PLAN, CORRECTIONS
                                CORPORATION OF AMERICA SCA
                                EMPLOYEES BENEFIT PLAN,
                                WAFERTECH LLC HEALTH & WELFARE
                                PLAN and EHEALTHINSURANCE
                                SERVICES INC.

1

2

3

4

5   DATED: January 25, 2015          **VON BEHREN AND HUNTER LLP**
                                      William E. von Behren
6                                     Carol B. Lewis
                                      Joann V. Lee
7

8

9
                                      /s/ William E. von Behren
10                                    William E. von Behren
                                      Attorneys for Defendants ALASKA AIR
11                                    GROUP, INC. WELFARE BENEFIT PLAN,
                                      ASANTE EMPLOYEE BENEFITS PLAN,
12                                    BLUE CROSS BLUE SHIELD OF
                                      TENNESSEE, INC., BLUE CROSS AND
13                                    BLUE SHIELD OF FLORIDA, INC. d/b/a
                                      FLORIDA BLUE, BLUE CROSS AND
14                                    BLUE SHIELD OF MASSACHUSETTS
                                      HMO BLUE, INC., BLUE CROSS AND
15                                    BLUE SHIELD OF MASSACHUSETTS,
                                      INC., BLUE CROSS AND BLUE SHIELD
16                                    OF NORTH CAROLINA, BLUE CROSS
                                      AND BLUE SHIELD OF SOUTH
17                                    CAROLINA, BLUE CROSS OF
                                      NORTHEASTERN PENNSYLVANIA, C.R.
18                                    BARD, INC. EMPLOYEE BENEFIT PLAN,
                                      CALIFORNIA PHYSICIANS SERVICE d/b/a
19                                    BLUE SHIELD OF CALIFORNIA, CHICOS
                                      FAS, INC. HEALTH & WELFARE BENEFIT
20                                    PLAN,COMMUNITY HEALTH SYSTEMS
                                      HEALTH PLAN, COVANCE, INC. HEALTH
21                                    & WELFARE PLAN, DYCOM INDUSTRIES
                                      HEALTH AND WELFARE PLAN,
22                                    EXCELLUS HEALTH PLAN, INC., F.N.B.
                                      CORPORATION HEALTH AND WELFARE
23                                    PLAN, F5 NETWORKS, INC. EMPLOYEE
                                      BENEFIT PLAN, FASTRAC MARKETS
24                                    LLC EMPLOYEE WELFARE BENEFIT
                                      PLAN, GKN EMPLOYEE WELFARE
25                                    BENEFIT PLAN, GENERAL NUTRITION
                                      GROUP INSURANCE PLAN, GLOBYS,
26                                    INC. GROUP HEALTH PLAN, HAWAII
                                      MEDICAL SERVICE ASSOCIATION d/b/a
27                                    BLUE CROSS BLUE SHIELD OF HAWAII,
                                      HENRY SCHEIN, INC. MANAGED CARE
28                                    PLAN, HIGHMARK BCBSD, INC.,

HIGHMARK BLUE CROSS BLUE SHIELD, HIGHMARK BLUE SHIELD, HIGHMARK, INC. d/b/a HIGHMARK BLUE SHIELD, HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INLANDBOATMENS UNION OF THE PACIFIC NATIONAL HEALTH BENEFIT TRUST, INTERRAIL SIGNALS, INC. WELFARE BENEFIT PLAN, JENNINGS AMERICAN LEGION HOSPITAL EMPLOYEE BENEFIT PLAN, LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY BLUE CROSS AND BLUE SHIELD OF LOUISIANA, MACHINISTS HEALTH & WELFARE TRUST FUND, MARTIN MARIETTA MEDICAL PLAN, NATURES PATH FOODS, INC. WELFARE BENEFIT PLAN, NORTHERN CALIFORNIA SHEET METAL WORKERS, NOVARTIS CORPORATION WELFARE BENEFIT PLAN, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. GROUP MEDICAL PLAN, ORASURE TECHNOLOGIES INC. HEALTH AND WELFARE PLAN, PEAK 10, INC. EMPLOYEE BENEFIT PLAN, PREMERA BLUE CROSS, PREMERA BLUE CROSS BLUE SHIELD OF ALASKA, PROFIT INSIGHT HOLDINGS LLC GROUP HEALTH PLAN, PUBLIX SUPER MARKETS, INC. GROUP HEALTH BENEFIT PLAN, RAYONIER, INC. WELFARE PLANS, REGENCE BLUECROSS BLUESHIELD OF OREGON, erroneously sued herein as REGENCE INSURANCE HOLDING CORPORATION; REGENCE BLUECROSS BLUESHIELD OF UTAH, erroneously sued herein as REGENCE INSURANCE HOLDING CORPORATION; REGENCE BLUESHIELD erroneously sued herein as REGENCE INSURANCE HOLDING CORPORATION; SAS INSTITUTE INC. WELFARE BENEFITS PLAN, SCANA CORPORATION HEALTH & WELFARE PLAN, SEABRIGHT INSURANCE COMPANY GROUP HEALTH PLAN, SPOKANE TEACHERS CREDIT UNION EMPLOYEE MEDICAL & DENTAL PLAN, TUV AMERICA, INC. INSURANCE BENEFITS PLAN, THE MASTER BUILDERS ASSOCIATION HEALTH INSURANCE TRUST, UNITED STATES STEEL PLAN FOR ACTIVE EMPLOYEE INSURANCE BENEFITS, U.S. RENAL

7

CARE, INC., WELLMARK OF SOUTH
DAKOTA, INC. and WELLMARK, INC.

DATED:  January 25, 2015

**REED SMITH LLP**
Dan J. Hofmeister, Jr.
Amir Shlesinger
Monica J. Zi

/s/ Dan J. Hofmeister, Jr.
Dan J. Hofmeister, Jr.
Attorneys for Defendants 3M EMPLOYEES'
WELFARE BENEFITS ASSOCIATION
(TRUST II) PLAN, BCBSM, INC. d/b/a
BLUE CROSS BLUE SHIELD OF
MINNESOTA, BLUE CROSS BLUE
SHIELD OF WYOMING, BLUE CROSS
AND BLUE SHIELD OF KANSAS CITY
d/b/a BLUE KC (erroneously sued as "BLUE
CROSS AND BLUE SHIELD OF KANSAS
CITY, INC.", BLUE CROSS AND BLUE
SHIELD OF KANSAS, INC., BLUE CROSS
AND BLUE SHIELD OF NEBRASKA,
BLUE CROSS OF IDAHO HEALTH
SERVICE, INC., CARGILL
INCORPORATED & PARTICIPATING
AFFILIATES GROUP HEALTH PLAN,
CONSTRUCTION INDUSTRY LABORERS
WELFARE FUND, EMPLOYEES' BENEFIT
PLAN OF GENERAL MILLS, INC.,
WALTER INVESTMENT MANAGEMENT
CORP. COMPREHENSIVE WELFARE
BENEFIT PLAN (formerly known as GREEN
TREE COMPREHENSIVE WELFARE
PLAN), HDR, INC. GROUP INSURANCE
PLAN, J.R. SIMPLOT COMPANY GROUP
HEALTH & WELFARE PLAN,
ALBERTSON'S LLC HEALTH &
WELFARE BENEFIT PLAN, LAYNE
CHRISTENSEN COMPANY HEALTH AND
WELFARE PLAN, MDU RESOURCES
GROUP, INC. HEALTH AND WELFARE
BENEFITS PROGRAM, MEDTRONIC, INC.
GROUP INSURANCE PLAN, METAL-
MATIC, INC. WELFARE BENEFIT PLAN,
PETER KIEWIT SONS, INC. HEALTH &
WELFARE PLAN, ST. LUKES LUTHERAN

8

CARE CENTER EMPLOYEE HEALTH CARE PLAN, TRANSPORT CORPORATION OF AMERICA, INC. EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, TWIN CITIES BAKERY DRIVERS HEALTH & WELFARE FUND and UNIVERSITY OF NEBRASKA FOUNDATION

DATED:  January 25, 2015          **O'MELVENY AND MYERS LLP**
Brian D. Boyle
Matthew W. Close
Raymond Collins Kilgore


/s/ Brian D. Boyle
Brian D. Boyle
Attorneys for Defendants ACTIVE POWER, INC. HEALTH AND WELFARE PLAN, ARDENT HEALTH SERVICES WELFARE BENEFIT PLAN, BAXTER INTERNATIONAL INC. AND SUBSIDIARIES WELFARE BENEFIT PLAN, CONSOLIDATED GRAPHICS, INC. GROUP BENEFITS PLAN, DELTA KAPPA GAMMA SOCIETY INTERNATIONAL HEALTH BENEFIT PLAN, ELLIOTT ELECTRIC SUPPLY, L.P. HEALTH BENEFIT PLAN, ENSCO HEALTH PLAN, GROUP HEALTH & WELFARE BENEFITS PLAN OF AMERICAN EAGLE AIRLINES, INC. & ITS AFFILIATES, H.E. BUTT GROCERY COMPANY WELFARE BENEFIT PLAN, HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY d/b/a BLUECROSS BLUESHIELD OF ILLINOIS, BLUECROSS BLUESHIELD OF MONTANA, BLUECROSS BLUESHIELD OF NEW MEXICO, BLUECROSS BLUESHIELD OF OKLAHOMA, and/or BLUECROSS BLUESHIELD OF TEXAS, ION GEOPHYSICAL CORPORATION GROUP HEALTH PLAN, PIONEER ENERGY SERVICES CORP. GROUP HEALTH PLAN, RANDALL S. FUDGE P.C. EMPLOYEE BENEFITS PLAN, THE GROUP LIFE AND HEALTH BENEFITS PLAN FOR EMPLOYEES OF PARTICIPATING AMR CORPORATION SUBSIDIARIES, UNITED SURGICAL PARTNERS, INTL WELFARE

BENEFIT PLAN and XEROX BUSINESS
SERVICES, LLC FUNDED WELFARE
BENEFIT PLAN

DATED:  January 25, 2015

**AKIN GUMP STRAUSS HAUER AND
FELD LLP**
Robert B. Humphreys
Katherine M. Katchen


/s/ Katherine M. Katchen
Katherine M. Katchen
Attorneys for Defendants ARKANSAS BLUE
CROSS AND BLUE SHIELD d/b/a
BLUEADVANTAGE ADMINISTRATORS
OF ARKANSAS, BRICKLAYERS AND
ALLIED CRAFTWORKERS LOCAL 1
PA/DE HEALTH & WELFARE FUND,
INDEPENDENCE BLUE CROSS, INC.,
USABLE MUTUAL INSURANCE
COMPANY and WAL-MART STORES, INC.
ASSOCIATES HEALTH & WELFARE
PLAN

DATED:  January 25, 2015

**MORGAN LEWIS AND BOCKIUS LLP**
Nicole A. Diller
Donald L. Havermann
Anna Kim
Andrew G. Sakallaris


/s/ Nicole A. Diller
Nicole A. Diller
Attorneys for Defendants OWENS-ILLINOIS,
INC. HOURLY EMPLOYEES WELFARE
BENEFIT PLAN FOR ACTIVE
EMPLOYEES, GEICO CORPORATION
CONSOLIDATED WELFARE BENEFITS
PROGRAM, and MERCY HEALTH
SERVICES, INC. AND SUBSIDIARIES
MEDICAL PLAN

DATED:  January 25, 2015

**COPPERSMITH BROCKELMAN PLC**
Keith Beauchamp

/s/ Keith Beauchamp
Keith Beauchamp
Shelley Tolman
Attorneys for Defendants BLUE CROSS &
BLUE SHIELD OF ARIZONA, INC.
EMPLOYEE HEALTH PLAN, BLUE CROSS
AND BLUE SHIELD OF ARIZONA, INC.
and TUCSON ELECTRIC POWER
COMPANY EMPLOYEE GROUP
INSURANCE PLAN

DATED:  January 25, 2015

**NEIL J. BARKER APC**
Neil J. Barker

/s/ Neil J. Barker
Neil J. Barker
Attorneys for Defendants BLUE CROSS
BLUE SHIELD OF MICHIGAN, BLUE
CROSS AND BLUE SHIELD OF
ALABAMA, MUELLER WATER
PRODUCTS, INC. FLEXIBLE BENEFITS
PLAN, TAC MANUFACTURING, INC.
EMPLOYEE WELFARE BENEFIT PLAN
and USUI INTERNATIONAL GROUP
HEALTH & WELFARE PLAN

DATED:  January 25, 2015

/s/ Patrick P. de Gravelles
Patrick P. de Gravelles
Attorneys for Defendants CAREFIRST OF
MARYLAND, INC. d/b/a CAREFIRST
BLUECROSS BLUESHIELD and GROUP
HOSPITALIZATION AND MEDICAL
SERVICES, INC. d/b/a CAREFIRST
BLUECROSS BLUESHIELD

11

4813-5406-9037.1

DATED:  January 25, 2015

**VALLE MAKOFF LLP**
John M. Moscarino

**BENESCH FRIEDLANDER COPLAND AND ARONOFF LLP**
Maynard A. Buck
Christopher J. Lalak
Katrina O. Tesner


/s/ Maynard A. Buck
Maynard A. Buck
Attorneys for Defendant EATON CORPORATION MEDICAL PLAN FOR U.S. EMPLOYEES

DATED:  January 25, 2015

**LAW OFFICES OF RONALD S. KRAVITZ**
Ronald S. Kravitz


/s/ Ronald S. Kravitz
Ronald S. Kravitz
Attorneys for Defendants HUNTINGTON BANCSHARES INCORPORATED HEALTH CARE PLAN and WELLS FARGO & CO. HEALTH PLAN

DATED:  January 25, 2015

**HUNTON AND WILLIAMS LLP**
Phillip J. Eskenazi
Alexandrea H .Young


/s/ Alexandrea H. Young
Alexandrea H .Young
Attorneys for Defendant L BRANDS, INC. HEALTH AND WELFARE BENEFITS PLAN (formerly known and sued as Limited Brands, Inc. Health and Welfare Benefits Plan)

DATED:  January 25, 2015

**BRYAN CAVE LLP**
William B. Brockman
Christopher L. Dueringer
Nancy Franco


/s/ William B. Brockman
William B. Brockman
Attorneys for Defendant MEDIANEWS GROUP WELFARE BENEFITS PLAN


DATED:  January 25, 2015

**FORD & HARRISON LLP**
Stefan Black


/s/ Stefan Black
Stefan Black
Attorneys for Defendant NECA/IBEW FAMILY MEDICAL CARE PLAN


DATED:  January 25, 2015

**BURKE WILLIAMS AND SORENSEN LLP**
Melissa M. Cowan
Keiko J. Kojima


/s/ Melissa M. Cowan
Melissa M. Cowan
Attorneys for Defendant THE MILTON S. HERSHEY MEDICAL CENTER HEALTH AND WELFARE PLAN

4813-5406-9037.1

DATED:  January 25, 2015

**GOODWIN PROCTER LLP**
Hong-An Vu


/s/ Hong-An Vu
Hong-An Vu
Attorneys for Defendant VERTICAL SEARCH WORKS, INC. MEDICAL PLAN


DATED:  January 25, 2015

**BROWNE GEORGE ROSS LLP**
Eric M. George
Keith J. Wesley


/s/ Eric M. George
Eric M. George
Attorneys for Defendant WEBMD HEALTH & WELFARE PLAN


DATED:  January 25, 2015

**BINGHAM GREENEBAUM DOLL LLP**
Janet P. Jakubowicz (*Pro Hac Vice*)
Kate B. Ward (*Pro Hac Vice*)

**NOSSAMAN LLP**
James H. Vorhis
Jill N. Jaffe


/s/ James H. Vorhis
James H. Vorhis
Attorneys for Defendant HL FINANCIAL SERVICES, LLC EMPLOYEE BENEFITS PLAN

DATED:  January 25, 2015                    **MUSICK, PEELER & GARRETT LLP**
                                            Dan Woods


                                            /s/ Dan Woods
                                            _____
                                            Dan Woods
                                            Attorneys for Defendant ALLIANT
                                            INSURANCE SERVICES WELFARE
                                            BENEFITS PLAN


DATED:  January 25, 2015                    **DRINKER BIDDLE & REATH LLP**
                                            David R. Levin


                                            /s/ David R. Levin
                                            _____
                                            David R. Levin
                                            Attorneys for Defendant TIME WARNER
                                            CABLE BENEFITS PLAN


DATED:  January 25, 2015                    **ARENT FOX LLP**
                                            Mark Reed Phillips


                                            /s/ Mark Reed Phillips
                                            _____
                                            Mark Reed Phillips
                                            Attorneys for Defendant FRESENIUS
                                            MEDICAL CARE NORTH AMERICA
                                            MEDICAL PLAN, erroneously sued as
                                            NATIONAL MEDICAL CARE, INC. GROUP
                                            MEDICAL, DENTAL, LIFE AND AD&D
                                            PLAN

DATED:  January 25, 2016

**MAYNARD COOPER & GALE, LLP**
Christopher J. Rillo


/s/Christopher J. Rillo
Christopher J. Rillo
Attorneys for Defendant THE HARTFORD
FIRE INSURANCE COMPANY EMPLOYEE
MEDICAL AND DENTAL EXPENSE
BENEFITS PLAN

DATED:  January 25, 2015

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
Gary S. Pancer
Gregory K. Lee


/s/ Gregory K. Lee
Gregory K. Lee
Attorneys for Defendant FRANK
CALANDRA, INC. MEDICAL PLAN, NHS
HUMAN SERVICES WELFARE PLAN and
SIERRA NEVADA BREWING CO.
WELFARE BENEFITS PLAN

DATED:  January 25, 2015

**GREENSFELDER, HEMKER & GALE, P.C.**
Amy L. Blaisdell
Lauren A. Daming

**ROGERS NEMETH GERMAIN PC**
Christopher M. Rogers


/s/ Christopher M. Rogers
Christopher M. Rogers
Attorneys for Defendant ASCENSION
SMARTHEALTH MEDICAL PLAN

4813-5406-9037.1

DATED:  January 25, 2015

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
Alan Donal Hearty

**PICKREL, SCHAEFFER, AND EBELING**
Michael W. Sandner

/s/ Michael W. Sandner
Michael W. Sandner  (Admitted *Pro Hac Vice*)
Attorneys for Defendant U.S. LBM HOLDINGS, LLC EMPLOYEE BENEFIT PLAN

DATED:  January 25, 2015

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Elise D. Klein

/s/ Elise D. Klein
Elise D. Klein
Attorneys for Defendant UFCW LOCAL 555-EMPLOYERS HEALTH TRUST

DATED:  January 25, 2015

**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace

/s/ Susan Graham Lovelace
Susan Graham Lovelace
Attorneys for Defendant SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND

4813-5406-9037.1

1   DATED:  January 25, 2015                  **DECHERT LLP**
                                              Timothy C. Blank
2

3

4                                             _____
                                              Timothy C. Blank
5                                             Attorneys for Defendant ROCKET
                                              SOFTWARE GROUP INSURANCE
6                                             BENEFIT PLAN

7

8

9   *Filer's Attestation:  Pursuant to Local Rule 5-4.3.4(a)(2)(i), Eileen R. Ridley hereby*

10  *attests that concurrence in the filing of this document and its contents was obtained from*

11  *all signatories listed.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4813-5406-9037.1