Amir Shlesinger (SBN 204132)
Email:  ashlesinger@reedsmith.com
Monica J. Zi (SBN 245434)
Email:  mzi@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   1 213 457 8000
Facsimile:   1 213 457 8080

Dan J. Hofmeister Jr. (SBN 6204299) (*Pro Hac Vice*)
Email:  dhofmeister@reedsmtih.com
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL  60606-7507
Telephone:   1 312 207 1000
Facsimile:   1 312 207 6400

Attorneys for Defendants
Layne Christensen Company Health and Welfare
Plan and Construction Industry Laborers Welfare
Fund

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DUAL DIAGNOSIS TREATMENT CENTER, INC., a California corporation *et. al*.,<br><br>Plaintiffs<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA d/b/a ANTHEM BLUE CROSS, *et al.*<br><br>Defendants | Case No. 8:15-cv-00736 DOC (RNBx)<br><br>**DEFENDANT LAYNE CHRISTENSEN COMPANY HEALTH AND WELFARE PLAN AND CONSTRUCTION INDUSTRY LABORERS WELFARE FUND'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>[L.R. 7.1-1]<br><br>Honorable Judge David O. Carter |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil L.R. 7.1-1, the undersigned counsel of record for defendants Layne Christensen Company Health and Welfare Plan and Construction Industry Laborers Welfare Fund, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| 1. Layne Christensen Company Health and Welfare Plan | Named Defendant |
| 2. Layne Christensen Company | Sponsor of Layne Christensen Company Health and Welfare Plan |
| 3. Construction Industry Laborers Welfare Fund | Named Defendant |

DATED: January 25, 2016

REED SMITH LLP

By   /s/ Amir Shlesinger
Amir Shlesinger
Attorneys for Defendants Layne Christensen Company Health and Welfare Plan and Construction Industry Laborers Welfare Fund