William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com
Carol B. Lewis, State Bar No. 130188
clewis@vbhlaw.com
Joann V. Lee, State Bar No. 251653
jlee@vbhlaw.com
Cindy N. Mader, State Bar No. 213524
cmader@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Defendants
HORIZON HEALTHCARE SERVICES, INC. dba
HORIZON BLUE CROSS BLUE SHIELD OF NEW
JERSEY and NOVARTIS CORPORATION
WELFARE BENEFIT PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUAL DIAGNOSIS TREATMENT CENTER, INC. ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE CROSS OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 8:15-cv-00736-DOC-DFM <br><br> **STIPULATION TO DISMISS DEFENDANTS HORIZON HEALTHCARE SERVICES, INC. dba HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY AND NOVARTIS CORPORATION WELFARE BENEFIT PLAN, WITH PREJUDICE** |

This Stipulation is entered into between Plaintiffs DUAL DIAGNOSIS TREATMENT CENTER, INC., SATYA HEALTH OF CALIFORNIA, INC., ADEONA HEALTHCARE, INC., SOVEREIGN HEALTH OF PHOENIX, INC., SOVEREIGN ASSET MANAGEMENT, INC. and MEDICAL CONCIERGE, INC. ("Plaintiffs") and Defendants HORIZON HEALTHCARE SERVICES, INC. dba HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY and NOVARTIS CORPORATION WELFARE BENEFIT PLAN (referred to hereinafter as "Defendants"), by and through their respective counsel. Plaintiffs and Defendants stipulate as follows:

1. All claims in the above-entitled action against Defendants HORIZON HEALTHCARE SERVICES, INC. dba HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY and NOVARTIS CORPORATION WELFARE BENEFIT PLAN shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1);

2. Defendants HORIZON HEALTHCARE SERVICES, INC. dba HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY and NOVARTIS CORPORATION WELFARE BENEFIT PLAN shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

3. Each party shall bear their own costs and fees.

**IT IS SO STIPULATED.**

DATED:   February 20, 2020                **VON BEHREN AND HUNTER LLP**
William E. von Behren
Carol B. Lewis
Joann V. Lee
Cindy N. Mader


*/s/ Joann V. Lee*
Joann V. Lee
Attorneys for Defendants BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, CALIFORNIA PHYSICIANS SERVICE d/b/a BLUE SHIELD OF CALIFORNIA, CHICOS FAS, INC. HEALTH & WELFARE BENEFIT PLAN, EXCELLUS HEALTH PLAN, INC., F.N.B. CORPORATION HEALTH AND WELFARE PLAN, GENERAL NUTRITION GROUP INSURANCE PLAN, HIGHMARK BCBSD, INC., HIGHMARK, INC. d/b/a HIGHMARK BLUE SHIELD, HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY BLUE CROSS AND BLUE SHIELD OF LOUISIANA, MARTIN MARIETTA MEDICAL PLAN, NORTHERN CALIFORNIA SHEET METAL WORKERS, NOVARTIS CORPORATION WELFARE BENEFIT PLAN, PEAK 10, INC.

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

EMPLOYEE BENEFIT PLAN, RAYONIER, INC. WELFARE PLANS, REGENCE BLUECROSS BLUESHIELD OF OREGON, erroneously sued herein as REGENCE INSURANCE HOLDING CORPORATION; REGENCE BLUECROSS BLUESHIELD OF UTAH, erroneously sued herein as REGENCE INSURANCE HOLDING CORPORATION; REGENCE BLUESHIELD erroneously sued herein as REGENCE INSURANCE HOLDING CORPORATION, TRINET EMPLOYEE BENEFIT INSURANCE PLAN and UNITED STATES STEEL PLAN FOR ACTIVE EMPLOYEE INSURANCE BENEFITS

DATED:   February 20, 2020

KANTOR & KANTOR, LLP
Lisa S. Kantor
Timothy J. Rozelle


*/s/ Lisa S. Kantor*
Lisa S. Kantor
Attorneys for Plaintiffs DUAL DIAGNOSIS TREATMENT CENTER, INC., SATYA HEALTH OF CALIFORNIA, INC., ADEONA HEALTHCARE, INC., SOVEREIGN HEALTH OF FLORIDA, INC., SOVEREIGN HEALTH OF PHOENIX, INC., & SOVEREIGN ASSET MANAGEMENT, INC.

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Joann V. Lee hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed.*

STIPULATION TO DISMISS DEFENDANTS HORIZON HEALTHCARE SERVICES, INC. dba HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY AND NOVARTIS CORPORATION WELFARE BENEFIT